Approved by: *Julia McCormick* [signature]   ORIGINAL

JULIA MCCORMICK
Special Assistant United States Attorney

Before:  THE HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York

19m 8150

```
- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :     MISDEMEANOR
                                            COMPLAINT
                                      :
            -v-                             Violation of
                                      :
                                            NYVATL 511(1)(a)
ALICIA A. AVERY                       :

                                      :     COUNTY OF OFFENSE:
            Defendant                       ORANGE
                                      :
- - - - - - - - - - - - - - - - - - - - - -x
```

SOUTHERN DISTRICT OF NEW YORK, ss.:

Brady Barnes

he ~~PAMELA MENDEZ~~, being duly sworn, deposes and says that ~~she~~ is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

On or about July 16, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ALICIA A. AVERY, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that her license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating her motor vehicle at Stoney Gate and an investigation revealed that the defendant's state driver's license had been suspended.

(New York Vehicle and Traffic Law, Section 511(1)(a))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about July 16, 2019 at approximately 03:15 p.m., MP Officer, SPC Brethauer, was conducting random anti-terrorism measure searches at Stoney Gate, when a blue Chevy Cruze, being driven by the defendant, was selected for a vehicle search. After checking on the defendant's driver's license, it was discovered that her driver's license was suspended.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number 7554098/SY10) and was released on her own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

~~PAMELA MENDEZ~~ Brody Barnes
Court Liaison

Sworn to before me this
29th day of August, 2019

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York